# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tiffany Lewis, | No. CV-25-00647-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Gen Digital Incorporated, | |
| Defendant. | |

Pending before the Court is Defendant Gen Digital, Inc.'s Motion to Dismiss or Stay (the "Motion") (Doc. 11). Having read and considered the Motion, Plaintiff's Response, and Defendant's Reply, and good cause appearing,

**IT IS ORDERED** granting the Motion (Doc. 11) and ordering this matter stayed pending the outcome of the matter of Michelle Jackson, et al. v. Gen Digital Inc., Case No. 2:25-cv-00535-MTL.

**IT IS FURTHER ORDERED** that Defendant file a status report with this Court every 4 months to update the Court on the status of the Jackson case.

Dated this 29th day of July, 2025.

Honorable Susan M. Brnovich
United States District Judge