Buzzi L. Shindler (SBN: 020001)
**BUCHALTER,**
 **A PROFESSIONAL CORPORATION**
15279 North Scottsdale Road, Suite 400
Scottsdale, AZ 85254-2659
Telephone: 480.383.1800
Fax: 480.824.9400
Email: bshindler@buchalter.com

Artin Betpera (admitted *pro hac vice*)
**BUCHALTER,**
 **A PROFESSIONAL CORPORATION**
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com

Attorneys for Defendant Gen Digital Inc.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tiffany Lewis, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>Gen Digital, Inc.,<br><br>   Defendant. | No. 2:25-cv-00647-SMB<br><br>**JOINT STATUS REPORT** |

-1-

Pursuant to this Court's order (Dkt. 18), the parties file this joint status report.

Defendant and Plaintiff have reached a settlement in principal of Plaintiff's individual claims, and are presently in the process of finalizing their settlement agreement. The parties expect the settlement will be finalized, and they will submit a stipulation to dismiss this action within the next 45-60 days.

DATED: December 9, 2025  **BUCHALTER, A PROFESSIONAL CORPORATION**

By: /s/ Artin Betpera
Artin Betpera
Buzzi L. Shindler
Attorneys for Defendant Gen Digital Inc.

DATED: December 9, 2025  **PARONICH LAW, P.C.**

By: /s/ Anthony Paronich
Anthony Paronich
Attorneys for Plaintiff Tiffany Lewis